UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jeffrey Weisen, | Case No. 20-cv-2391 (WMW/ECW) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Home Depot U.S.A., Inc., et al., | |
| Defendants. | |

---

Based upon the Stipulation for Dismissal with Prejudice, (Dkt. 22), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 19, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge