# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jeffrey Weisen, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20cv2391 WMW/ECW |
| Home Depot U.S.A., Inc. and Jacksonville Realty LLC, | |
| Defendants. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above matter is DISMISSED WITH PREJUDICE and without costs or disbursements awarded to any party.

Date: 8/20/2021                                                          KATE M. FOGARTY, CLERK